CHARLENE JEANNETTE YONKER, APPELLEE, V. DONALD ELBERT YONKER, APPELLANT.

457 N.W.2d 813

Filed July 20, 1990.   No. 88-640.

James H. Truell for appellant.

James D. Livingston and Patrick A. Brock, of Cunningham, Blackburn, Livingston, Francis, Cote, Brock & Cunningham, for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

We have reviewed the district court's decree in this dissolution of marriage action de novo on the record; finding no abuse of discretion therein, we affirm the same and award the petitioner-appellee the sum of $1,000 to apply toward the services of her attorney in this court.

AFFIRMED.